**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CARMEN ORTIZ-ARCE, )<br>Plaintiff, )<br>)<br>    v. )<br>)<br>KILOLO KIJAKAZI, )<br>Commissioner of Social Security, )<br>Defendant. ) | Case. No.: 1:20-CV-03996 |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

NOW COMES Plaintiff, CARMENT ORTIZ-ARCE, by and through her attorney James P. Brown of Jeffrey A. Rabin & Associates, and for her MOTION FOR ENTRY OF JUDGMENT under FRCP 58(d), states as follows:

1. On August 20, 2021, a judgment was entered on an order remanding this case for further proceedings before the Social Security Administration.

2. That, after each side submitted briefs, Defendant's motion to alter the judgment was denied by this Court on October 1, 2021.

3. That no entry of judgment was entered on said October 1, 2021 Court order.

WHEREFORE Plaintiff respectfully requests that an entry of judgment be entered on the October 1, 2021 Court order.

                              Respectfully submitted,

                              s/Jim Brown
                              Jim Brown # 06203879
                              Jeffrey A. Rabin & Associates
                              Attorney for Plaintiff,
                              2604 Dempster
                              Park Ridge, IL 60068
Date: July 26, 2022              847-299-0008

CERTIFICATE OF SERVICE

The undersigned certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Filing (ECF), the following document:

PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

was served pursuant to the district court's ECF system as to following ECF filers:

AUSA-SSA     USAILN.ECFSSAUSA@usdoj.gov, ch.il.ogc.ndillinois@ssa.gov, kim.mcwilliams@usdoj.gov, ODAR.OAO.COURT.1@ssa.gov

Scott Dennis Heffron     scott.heffron@usdoj.gov, CBurton@usa.doj.gov, JBielanski@usa.doj.gov

                                                          s/Jim Brown
                                                          Jim Brown
                                                          Jeffrey A. Rabin & Associates
                                                          2604 Dempster
                                                          Park Ridge, IL 60068
                                                          (847-299-0008)